UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANNA LYNN MASCI and JOSEPH MASCI,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br>SIX FLAGS THEME PARKS, INC.,<br>　　　　　　　Defendant. | Civil Action No. 12-cv-06585-FLW-DEA<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br><br>*Document Filed Electronically* |

　　　　**IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for Plaintiffs Joanna Lynn Masci and Joseph Masci (collectively, the "Plaintiffs"), and Defendant Six Flags Theme Parks, Inc. ("Defendant"), that the claims asserted by Plaintiffs against Defendant in the above-referenced action are hereby dismissed with prejudice and without costs to any party.

Dated:  September 15, 2015

　　　　　　　　　　　　　　　　　　　　　SHEPPARD MULLIN RICHTER & HAMPTON LLP

s/ Anthony Brady, Jr.　　　　　　　　　　s / Sean J. Kirby
Anthony Brady, Jr., Esq.　　　　　　　　Sean J. Kirby, Esq.
1 Rose Avenue　　　　　　　　　　　　30 Rockefeller Plaza
P.O. Box 129　　　　　　　　　　　　　New York, NY 10112
Maple Shade, New Jersey 08052　　　　Tel.:  (212) 653-8700
Tel: (856) 662-5234　　　　　　　　　　*Attorneys for Defendant*
*Attorneys for Plaintiffs*